**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 74 MAL 2020

         Respondent                    :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

            v.                           :

                                    :

NICOLI ANTONIO SANTANA,             :

                                    :

         Petitioner                   :

## ORDER

**PER CURIAM**

       **AND NOW**, this 12th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.